FILED
October 18, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>v.<br>FARAH SARWAR,<br>        Defendant. | CASE NUMBER: 2:13-mj-00323-KJN<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release Farah Sarwar; Case 2:13-mj-00323-KJN from custody and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of _____

    _X_ Unsecured Appearance Bond in the amount of $50,000.00, cosigned by defendant's step father Mohammad Raouf

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond secured by Real Property

    __ Corporate Surety Bail Bond

    _X_ (Other) Pretrial Supervision/Conditions;

Issued at Sacramento, CA on 10/18/2013 at 2:32.

By _____
Kendall J. Newman
United States Magistrate Judge