HAYDN-MYER LAW OFFICE
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
1478 Stone Point Drive, Suite 400
Roseville, California 95661
Telephone: (916) 622-1703
Facsimile: (916) 760-2767
Email: chrishaydn@sbcglobal.net

Attorney for Defendant
Farah Sarwar

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>FARAH SARWAR, et. al.,<br><br>        Defendants. | CASE NO. 2:13-CR-00354 MCE<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE; FINDING OF<br>EXCLUDABLE TIME<br><br>Date:  May 22, 2014<br>Time:  9:00 a.m.<br>Court: Hon. Morrison C.<br>England, Jr. |
|---|---|

**STIPULATION**

Plaintiff, United States of America, through its counsel of record, and defendants, Farah Sarwar and Hussain Shahzad, by and through their counsel of record, hereby stipulate and agree as follows:

1. A status conference is currently set for May 22, 2014 at 9:00 a.m.

2. By this stipulation, the above-named defendants now move to continue the status Conference to July 31, 2014 at 9:00 a.m., and to exclude time between May 22, 2014 to

- 1 -

July 31, 2014 under Local Code T4.  Plaintiff does not oppose this request.

3. The basis upon which the parties agree to this proposed continuance of the status conference is as follows:

a. The government has produced discovery which to date includes discovery marked Bates Number 00229-14878.  The discovery is not numbered in a continuous numerical order, but it does contain audio files. Further, the government has provided information regarding approximately 13 search warrants that are relevant to the case.  All of this discovery has been either produced directly to counsel and/or made available.

b. Counsel for the defendants are still in the process of reviewing the discovery materials, and investigating the case.

c. Counsel for the defendants believe that failure to grant the above-requested continuance would deny their clients the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. Plaintiff does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the status conference as requested outweigh the best interest of the public and the

     defendants in a trial within the original date prescribed by the Speedy Trial Act.

  f. For the purpose of computing time under the Speedy Trial Act, 16 U.S.C. § 3161, et seq., within which trial must commence, the time period from May 22, 2014 to July 31, 2014 inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(a), B (iv) [Local Code T4] because it results from a continuance by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. Finally, Christopher Haydn-Myer has been authorized by counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: May 20, 2014     BENJAMIN B. WAGNER
                                Unites States Attorney

                                /s/ Christopher Haydn-Myer for
                                Christiaan Highsmith
                                Assistant United States Attorney
                                for Plaintiff United States

///

DATED: May 20, 2014

/s/ Christopher Haydn-Myer for
Michael Hansen
Attorney for Hussain Shahzad


DATED: May 20, 2014          HAYDN-MYER LAW OFFICE

/s/ Christopher Haydn-Myer
Christopher Haydn-Myer
Attorney for Farah Sarwar


**ORDER**

IT IS SO ORDERED.

Dated:  May 21, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT