HAYDN-MYER LAW OFFICE
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
1478 Stone Point Drive, Suite 400
Roseville, California 95661
Telephone: (916) 622-1703
Facsimile: (916) 760-2767
Email: chrishaydn@sbcglobal.net

Attorney for Defendant
Farah Sarwar

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>FARAH SARWAR,<br><br>              Defendant. | CASE NO. 2:13-CR-0354-MCE<br><br>WAIVER OF DEFENDANT'S PERSONAL PRESENCE |

   Defendant, FARAH SARWAR, hereby waives the right to be in person in open court upon the hearing of any motion or to her proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.  Defendant hereby requests the court to proceed during every absence of which the court may permit pursuant to this waiver; agrees that her interest will be deemed represented at all times by the presence of her attorney, the same as if defendant were personally present; and further

Waiver of Personal Presence - 1 -

agrees to be present in person in court ready for trial any day and hour the court may fix in her absence.

    Defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C. sections 3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and delays under that Act without defendant being present.

DATED: August 14, 2014       HAYDN-MYER LAW OFFICE

                                      /s/Christopher Haydn-Myer
                                      CHRISTOPHER HAYDN-MYER
                                      Attorney for Farah Sarwar

DATED: August 14, 2014       I consent to the above waiver of presence.

                                      /s/Christopher Haydn-Myer for
                                      FARAH SARWAR [Client's signature is in attorney file.]

**ORDER**

    The above waiver of presence is APPROVED.

    IT IS SO ORDERED.

Dated: October 2, 2014

                                    MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                    UNITED STATES DISTRICT COURT