HAYDN-MYER LAW OFFICE
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
7509 Madison Ave., Suite 109
Citrus Heights, California 95610
Telephone: (916) 622-1703
Facsimile: (916) 760-2767
Email: chrishaydn@sbcglobal.net

Attorney for Defendant
Farah Sarwar

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>FARAH SARWAR,<br><br>        Defendant. | CASE NO. 2:13-CR-00354 MCE<br><br>AMENDED STIPULATION AND [~~PROPOSED~~]ORDER RE: MODIFICATION OF TERMS OF SUPERVISED RELEASE |

**STIPULATION**

Plaintiff, the United States of America, by its counsel, Assistant United States Attorney Christiaan H. Highsmith, United States Pre-Trial Service Officer Julia M. Morris, and defendant Farah Sarwar, by her attorney, Christopher Haydn-Myer, hereby jointly request and stipulate that this Court may sign the Proposed Order, ordering that Ms. Farah Sarwar abide by the proposed superseding conditions of pretrial release that are enumerated in this Stipulation.

This Stipulation and Proposed Order proposes to remove two of the eleven conditions that Ms. Sarwar was ordered to comply

- 1 -

with on October 18, 2013 as part of her release from custody.

First, condition #9 reads:

> You shall submit to drug and/or alcohol testing as
> approved by the pretrial services officer.  You shall
> pay all or part of the costs of the testing services
> based upon your ability to pay, as determined by the
> pretrial services officer;[1]

The parties are stipulating to the removal of condition #9
because Ms. Sarwar was arrested on charges stemming from the
distribution of a controlled substance, and she has been under
Pretrial Services supervision with a drug testing condition
since October of 2013. Ms. Sarwar has never submitted a positive
drug test while under supervision.  Secondly, the parties are
stipulating to remove condition #11.

> Condition #11 reads:

> You shall not associate or have any contact with
> [*sic.*]co-defendant, with the exception of contact
> regarding their mutual child. Or in the presence of
> counsel or otherwise approved in advance by the
> pretrial services officer.[2]

The co-defendant's name that is referenced in condition #11 is
Hussain Shahzad, and Mr. Shahzad does not have the same
restriction in his terms and conditions of release.[3]  Further,
the circumstances are such that both Ms. Sarwar and Mr. Shahzad
need to have more contact with each other for family matters.[4]

---

[1] Doc. 4, p. 3.
[2] Doc. 4, p. 3.
[3] Doc. 16.
[4] Christopher Haydn-Myer has been authorized by the parties to sign this
stipulation on their behalf.

*U.S. v. Sarwar*, 13-354 – MCE
Amended Stipulation re Terms of Release

By granting this Stipulation and signing the Proposed Order, it is the parties' request that Defendant Farah Sarwar's previously imposed conditions of release ordered on October 18, 2013 be revoked and superseded by the following conditions of release:

1.   You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2.   You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3.   You shall cooperate in the collection of a DNA sample;

4.   Your travel is restricted to the Eastern District of California unless otherwise approved in advance by the pretrial services officer;

5.   You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

6.   You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

7.   You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

8.   You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used;

9.   You shall report any contact with law enforcement to your pretrial services officer within 24 hours.

///

- 3 -

**IT IS SO STIPULATED.**

DATED: April 27, 2016          BENJAMIN B. WAGNER
                               United States Attorney


                               /s/ Christiaan H. Highsmith
                               Christiaan H. Highsmith
                               Assistant United States Attorney
                               for Plaintiff United States

DATED: April 27, 2016          UNITED STATES PRE-TRIAL SERVICES


                               /s/ Julia M. Morris
                               Julia M. Morris
                               United States Pre-Trial Services
                               Officer


DATED: April 27, 2016          HAYDN-MYER LAW OFFICE


                               /s/ Christopher Haydn-Myer
                               CHRISTOPHER HAYDN-MYER
                               Attorney for Farah Sarwar


**ORDER**


    IT IS SO FOUND AND ORDERED this 27th of April, 2016.


                               EDMUND F. BRENNAN
                               UNITED STATES MAGISTRATE JUDGE

*U.S. v. Sarwar*, 13-354 – MCE
Amended Stipulation re Terms of Release