IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FARAH SARWAR,<br><br>　　　　　　Defendant. | CASE NO.  2:13-CR-354 MCE<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |

　　　　Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the document filed in connection with defendant Farah Sarwar's entry of guilty plea and the Government's Request to Seal shall be SEALED until further order of this Court.

　　　　It is further ordered that access to the sealed documents shall be limited to the government and counsel for defendant Sarwar.

　　　　The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462, 1465-66 (9th Cir. 1990), including, whether:  "(1) closure serves a compelling interest; (2) there is a substantial probability that, in the absence of closure, this compelling interest would be harmed; and (3) there are no alternatives to closure that would adequately protect the compelling interest." *Id.* at 1466.  The Court finds that, for the reasons stated in the

1  Government's Request, sealing the aforementioned documents serves a compelling interest.  The Court
2  further finds that, in the absence of closure, the compelling interests identified by the Government would
3  be harmed. The Court further finds that there are no additional alternatives to sealing these documents
4  that would adequately protect the compelling interests identified by the Government.
5      IT IS SO ORDERED.
6  Dated:  June 23, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE